**Reginald D. SILVERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77874**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 27, 2015

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Mark D. Pfeiffer, Presiding Judge, and Lisa White Hardwick and James Edward Welsh, Judges

**Order**

Per Curiam:

Mr. Reginald D. Silvers appeals from the Judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 29.15 amended motion for post-conviction relief after an evidentiary hearing. Be-

cause a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).